## PAINTERS' DISTRICT COUNCIL #14 MEMORANDUM OF AGREEMENT

This Memorandum of Agreement ("MOA") entered into by the Painters' District Council #14 of the International Union of Painters and Allied Trades (hereinafter referred to as the "Union") and ___JWS Construction Corp II___, (hereinafter referred to as the "Employer"), Witnesseth that:

WHEREAS, the MIDWEST WALL AND CEILING CONTRACTORS, NFP (hereinafter the "Association") and the Union have entered into a Collective Bargaining Agreement ("CBA") covering Wages, Hours, and terms and conditions of employment for the period of June 1, 2021 to May 31, 2024 to which Employer agrees to be bound.

WHEREAS, the Union and the Employer wish to promote continued employment in the industry and prevent interruption of work;

NOW, THEREFORE, IT IS AGREED AS FOLLOWS:

1. The Employer hereby recognizes the Union as the sole and exclusive bargaining representative of all Employers' employees performing work within the craft and geographic jurisdiction of the Union, within the meaning of Section 9(a) of the National Labor Relations Act (the "Act"), of all full-time and regular part-time employees employed on all present and future job sites within the jurisdiction of the Union. Such recognition is predicated on the Union's demand for recognition pursuant to Section 9(a) of the Act, and on the Union's presentation of clear and positive evidence of majority employee support in the bargaining unit by the affected employees who affirmatively indicate that they want the Union to at as their legal representative for purposes of 9(a) collective bargaining. The Employer acknowledges that it has reviewed the Union's showing and agrees that it reflects the employees' desire to be represented by the Union under Section 9(a) of the Act.

2. The Employer agrees to be bound to the terms of the CBA for the term of the agreement, and all subsequent amendments thereto. The terms of the CBA are incorporated into this MOA herein as if stated in full.

3. The Employer agrees to be bound to the terms of the Trust Agreements establishing the Welfare, Pension, Retirement Annuity, Apprenticeship and Savings Funds. The terms of the Trust Agreements obligating Employer to contribute under the CBA are incorporated into this MOA as if restated in full. The Employer agrees to pay wages and contributions it is bound to pay under the CBA to all required funds.

4. This Agreement shall become effective upon signing and shall remain in full force and effect until 12:00 P.M., May 31, 2024, and continue thereafter unless there has been given not less than sixty (60) days, nor more than ninety (90) days written notice by Registered or Certified Mail, prior to expiration of the CBA or any successor CBA's by either party hereto of the desire to modify, amend or terminate this agreement through negotiations. The absence of such notice shall result in the automatic renewal of this MOA for the life of the newly negotiated area wide Agreements between the Union and the Association with all improvements, modifications and amendments thereto and incorporating them herein.



This MOA is the complete written agreement between the Union and Employer and can only be amended in writing. No other oral representations shall be binding on either party.

5. The Employer acknowledges and accepts the facsimile and/or electronic signatures on this contract as if they were the original signatures. The Employer further acknowledges receipt of a copy of the complete CBA.

IN WITNESS WHEREOF, and in consideration of the mutual promise of the parties hereto, and other good valuable consideration, this Agreement was entered into this _29th_ day of _April_, 202_4_

EMPLOYER: _JNS Construction Corp II_

ADDRESS: _3045 W. 87th St Evergreen Park, IL._

NAME & TITLE _Noe' Nava - President._

SIGNATURE

PAINTERS DISTRICT COUNCIL
NO. 14

Joseph Rinehart
Business Manager/Secretary-Treasurer

10/12/21