FILED DATE: 5/6/2025 9:47 AM   2025L050265

## INSTALLMENT NOTE

($256,975.24)                                    November 6, 2024

For Value Received, the undersigned promises to pay to the order of **Chicago Painters and Decorators Fringe Benefit Funds** the principal sum of Two Hundred Forty-Two Thousand Nine Hundred Thirty-Seven and 52/100 Dollars ($242,937.52), payable in installments as follows:

Twenty One Thousand Four Hundred Fourteen and 60/100 ($21,414.60) on the 15th day of November 2024; Twenty One Thousand Four Hundred Fourteen and 60/100 ($21,414.60) on the 15th day of each subsequent month for eleven (11) consecutive months with a final payment of Twenty One Thousand Four Hundred Fourteen and 60/100 ($21,414.60) on the 15th day of October 2025.

Interest on the balance of principal remaining from time to time unpaid shall be assessed at the rate of **10.5%** per annum, payable on the due dates for installments of principal as aforesaid. All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of 18% per annum. Payments of both principal and interest shall be delivered to Arnold and Kadjan LLP, 35 E. Wacker Dr., Suite 600, Chicago, Illinois 60601 or such other place as the legal holder hereof may from time to time in writing appoint. At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment or principal or interest, or any portion thereof, in accordance with the terms hereof. **Any failure to pay current fringe benefits as they become due shall constitute a default of this Note.** In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

The undersigned hereby authorizes, irrevocably, any attorney of any Court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof. If this Note is signed by more than one person, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest. The makers of this Note acknowledge the above indebtedness represents fringe benefit contributions, liquidated damages and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income Security Act, 29 U.S.C. 1145.

**For: August 2024 Contribution Report, September Contribution Report, Liquidated Damages on Work Months July 2024 – September 2024**

_____     11/15/2024     _____
J.N.S Construction Corp. II                  Noe Nava, individually
By: Noe Nava, its President

Exhibit B